UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SALMAN PERVEZ ) | |
|     Plaintiff, ) | CASE NO. 1:13-CV-1193 |
| ) | |
| v. ) | |
| ) | |
| FAIR COLLECTIONS & ) | |
| OUTSOURCING, INC. ) | |

**<u>DEFENDANT, FAIR COLLECTIONS & OUTSOURCING, INC.'S
CORPORATE DISCLOSURE STATEMENT</u>**

Defendant, Fair Collections & Outsourcing, Inc. ("Defendant"), by counsel, pursuant to Rule 7.1 Federal Rules of Civil Procedure, files the following corporate disclosure statement:

1.    Defendant is owned by FCO Holding, Inc. ("FCO").

2.    No publicly-held company or investment fund owns a 10% or more interest in either Defendant or FCO.

                            KIGHTLINGER & GRAY, LLP

                            <u>/s/Peter A. Velde</u>
                            Peter A. Velde

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 N. Pennsylvania St.
Indianapolis, IN 46204
(317) 638-4521
pvelde@k-glaw.com

777777 / 2097650-1

## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2013, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

    Jeffrey S. Hyslip    Jeffrey@lifetimedebtsolutions.com
    Hyslip & Taylor, LLC, LPA
    917 W. 18th St. Suite 200
    Chicago, IL 60608

                                        /s/ Peter A. Velde
                                        Peter A. Velde